VAN–020 Deficiency Notice – Petitions (Local) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 19–04225–5–SWH

IN RE:

DATE FILED: September 13, 2019

CHAPTER: 13

Tara Ann Kenney
 ( debtor has no known aliases )
127 Plantation Road
Clayton, NC 27520

Debtor represented by:
Tara Ann Kenney
127 Plantation Road
Clayton, NC 27520

Trustee:
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039

## DEFICIENCY NOTICE

To: Tara Ann Kenney

The petition submitted to the court on behalf of the above referenced debtor(s) has been filed. However, the petition is deficient as noted below. All deficiencies should be corrected by **September 18, 2019** . Failure to do so may result in the petition being dismissed.

The mailing matrix was omitted or is incomplete.

DATED: September 13, 2019

Jade Campbell
Deputy Clerk